```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

```
MERIBETH GHOST                   :        CIVIL ACTION
                                 :
          v.                     :
                                 :
VICTORY RECOVERY                 :
SERVICE, INC., et al.            :        NO. 14-215
```

ORDER

AND NOW, this 17th day of April, 2014, in consideration of the motion of defendant Craig Mansfield to dismiss the action under Rules 12(b)(1), (2) and (5) of the Federal Rules of Civil Procedure (Doc. # 8), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) service of process on defendant Craig Mansfield is QUASHED;

(2) the motion to dismiss under Rule 12(b)(5) (Doc. # 8) is DENIED; and

(3) the motion to dismiss under Rules 12(b)(1) and 12(b)(2) (Doc. # 8) is DENIED as moot.

BY THE COURT:

/s/ Harvey Bartle III
                                                       J.